## MATHIS v. STATE.
### No. 19268.

Court of Criminal Appeals of Texas.
Jan. 5, 1938.

Tom Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

## MORRIS v. STATE.
### No. 19261.

Court of Criminal Appeals of Texas.
Jan. 5, 1938.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a felony, is the offense; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been perceived, the judgment of the trial court is affirmed.